FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 18 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RAVON BAYLOR,<br><br>　　　　Petitioner,<br><br>　v.<br><br>MALFI,<br><br>　　　　Respondent. | No. CV 06-7748-SGL (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 1-16-08

STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE